IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSEPH ALLEN NICHOLS                                                PLAINTIFF

v.                              No. 4:14-cv-670-DPM

CHARLES HOLLADAY, "Doc", individually and
in his official capacity as Sheriff of Pulaski County,
AR; RANDY JOHNSON, individually and in his
official capacity as Jail Administrator for the Pulaski
County Dentention Center; TRAYLOR, individually
and in his/her official capacity as a Nurse in and for
the Pulaski County Detention Center; and Pulaski
County, Arkansas                                                    DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 January 2016